UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY WRIGHT,<br><br>Plaintiff,<br><br>-v-<br><br>DR. EARTH, INC. et al.,<br><br>Defendants. | 26-CV-6581 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

On **August 12, 2026**, Defendant Dr. Earth, Inc. was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 10. To date, Defendant has failed to appear in this action. No later than **September 10, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if she has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge